**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman, and William Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SSL CONSTRUCTION SERVICES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) CASE NO. 2:18-cv-459 ) ) ) ) ) |

**PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL**

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and William Nix, Board of Trustees Secretary, on behalf of INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; et al.,** by its attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., moves pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(i), to voluntarily dismiss without prejudice this action against Defendant **SSL CONSTRUCTION SERVICES, LLC** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.

2

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By    /s/ Paul T. Berkowitz
**PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49
paul@ptblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

None.

I hereby certify that on December 18, 2018, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

SSL Construction Services LLC
5246 Hohman Ave., 5th Floor
Hammond, Indiana 46320

/s/ Paul T. Berkowitz

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49